### C. B. HELTON v. THE STATE OF FLORIDA

13 So. (2nd) 14                                       January Term, 1943
April 13, 1943                                              En Banc
Rehearing Denied May 4, 1943

*J. Montrose Edrehi,* for appellant.

*J. Tom Watson,* Attorney General, *Woodrow M. Melvin* and *Lewis W. Petteway,* Assistant Attorneys General, for appellee.

PER CURIAM:

Affirmed.

TERRELL, CHAPMAN, THOMAS, and SEBRING, JJ., concur.

BUFORD, C. J., BROWN and ADAMS, JJ., dissent.

BROWN, J., dissenting:

I do not think the evidence in this case is sufficient to prove the appellant's guilt beyond a reasonable doubt. The judgment should in my opinion be reversed for a new trial.

BUFORD, C. J., and ADAMS, J., concur.